Certificate Number: 17082-TNE-CC-037896496


17082-TNE-CC-037896496

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 30, 2023, at 5:08 o'clock PM MST, VAUGHN M BAILEY received from Summit Financial Education, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Tennessee, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

| | |
|---|---|
| Date: October 30, 2023 | By: /s/Larry Perlman |
| | Name: Larry Perlman |
| | Title: Certified Credit Counselor |

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).